AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
Western District of North Carolina

| United States of America | ) | |
|---|---|---|
| v. | ) | Case No. 1:23-MJ-54-WCM |
| | ) | |
| Evan William Blankenship | ) | |
| *Defendant* | ) | |

FILED
ASHEVILLE, NC

**OCT 11 2023**

U.S. DISTRICT COURT
W. DISTRICT OF N.C.

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay *(name of person to be arrested)* Evan William Blankenship,
who is accused of an offense or violation based on the following document filed with the court:

[ ] Indictment  [ ] Superseding Indictment  [ ] Information  [ ] Superseding Information  [✓] Complaint
[ ] Probation Violation Petition  [ ] Supervised Release Violation Petition  [ ] Violation Notice  [ ] Order of the Court

This offense is briefly described as follows:

18 U.S.C. § 1201(a)(2), (d) - Attempted Kidnapping
18 U.S.C. § 113(a)(2) - Assault with Intent to Commit a Felony
18 U.S.C. § 113(a)(3) - Assault with a Dangerous Weapon with Intent to do Bodily Harm
18 U.S.C. § 924(c)(1)(A)(iii) - Discharge of a Firearm During and in Relation to a Crime of Violence

Signed: October 10, 2023

Date: October 10, 2023
3:33PM

City and state: Asheville, North Carolina

W. Carleton Metcalf
United States Magistrate Judge

Hon. W. Carleton Metcalf, U.S. Magistrate Judge
*Printed name and title*

### Return

This warrant was received on *(date)* 10/11/2023, and the person was arrested on *(date)* 10/11/2023
at *(city and state)* Waynesville, NC.

Date: 10/11/2023

*Arresting officer's signature*

Derek Kwiatkowski, Special Agent NPS
*Printed name and title*